**Exhibit A to the Complaint**

**Location:** Corona, CA  **IP Address:** 76.90.185.5
**Total Works Infringed:** 89  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 02/10/2018 07:24:54 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/14/2017 06:12:38 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/06/2017 17:31:02 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/16/2018 04:52:23 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/04/2017 03:34:56 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 08/13/2017 16:25:29 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 7 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/02/2018 04:28:35 | 01/31/2018 | 02/07/2018 | 16288762311 |
| 8 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/25/2017 04:07:26 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 9 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/21/2017 06:33:44 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 10 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/11/2017 05:39:02 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 11 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/14/2017 08:18:04 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 12 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 11/14/2017 04:54:11 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 13 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/20/2017 08:03:16 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 14 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/01/2017 23:26:07 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 15 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/24/2017 06:54:07 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 16 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/07/2018 02:56:57 | 01/06/2018 | 01/18/2018 | 16215823819 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 01/03/2018 06:18:33 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 18 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/26/2018 04:56:56 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 19 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/16/2017 07:18:02 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 20 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/10/2018 07:22:48 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 21 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/14/2017 04:48:13 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 22 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 06:55:15 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 23 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/31/2017 04:16:06 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 24 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 02/06/2018 07:02:51 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 25 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/01/2017 23:24:35 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 26 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/28/2017 06:41:28 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 27 | 3A00E4904843F7055BB8A15A5A9FA76CB1CE2CBF | Blacked | 06/30/2017 08:28:03 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 28 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/29/2017 05:32:43 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 29 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | Blacked | 01/07/2018 03:00:47 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 30 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/22/2017 06:28:05 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 31 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/18/2017 06:43:54 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 32 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 05/26/2017 08:37:00 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 33 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 08:23:02 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 34 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 06:56:33 | 10/02/2017 | 10/10/2017 | PA0002086142 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 01/24/2018 06:40:05 | 01/21/2018 | 02/03/2018 | 16288762511 |
| 36 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/31/2017 05:48:14 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 37 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/23/2017 11:04:18 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 38 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 17:49:17 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 39 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 10/31/2017 05:45:31 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 40 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/15/2017 06:27:55 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 41 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/12/2017 04:10:05 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 42 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/05/2017 06:24:22 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 43 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/22/2017 03:09:18 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 44 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 12/12/2017 18:39:50 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 45 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/09/2017 07:10:33 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 46 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/18/2017 06:43:41 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 47 | 6A5291E37ABD63DC4D92C660B3A49EF5862C1837 | Vixen | 07/14/2017 08:08:02 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 48 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/12/2017 09:11:36 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 49 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/14/2017 04:45:15 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 50 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/08/2017 16:52:09 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 51 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/28/2018 06:32:26 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 52 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/28/2017 06:43:13 | 12/23/2017 | 01/18/2018 | 16200020025 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 86676BF30A84B93CF81E31ADE21C3A174FD199E2 | Vixen | 08/23/2017 17:55:16 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 54 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 18:13:38 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 55 | 8F9BABAB8966A6FEEDE9DEE43D5DF32500DC8A81 | Tushy | 02/16/2018 04:33:07 | 02/15/2018 | 03/02/2018 | 16335134751 |
| 56 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/15/2017 06:29:42 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 57 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 09/05/2017 05:36:49 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 58 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 04:51:08 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 59 | A166E2A1077E24E0827DDE108626335305417B06 | Tushy | 10/14/2017 05:52:53 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 60 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/02/2018 04:36:12 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 61 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/16/2018 04:35:14 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 62 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/12/2017 04:03:11 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 63 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/20/2018 05:44:25 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 64 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/08/2017 16:56:06 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 65 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 10/24/2017 05:45:00 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 66 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/12/2017 04:37:57 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 67 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/26/2018 04:57:17 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 68 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/22/2017 08:44:52 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 69 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 08/03/2017 14:51:21 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 70 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/22/2017 16:53:01 | 05/15/2017 | 06/22/2017 | PA0002039283 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 01/02/2018 03:47:04 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 72 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 12/09/2017 07:51:40 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 73 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/01/2017 23:28:04 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 74 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/14/2017 09:29:40 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 75 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/22/2017 03:14:39 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 76 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 01/11/2018 04:52:31 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 77 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/06/2017 00:39:30 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 78 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/08/2017 16:53:40 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 79 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/27/2017 15:45:00 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 80 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/12/2017 04:01:58 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 81 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 01/20/2018 05:43:31 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 82 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 06:14:20 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 83 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/04/2017 15:17:09 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 84 | E94776FBF1B10CC73B389F9B988A63B079E5E262 | Tushy | 06/06/2017 06:33:54 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 85 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/02/2017 23:32:54 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 86 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/22/2017 03:04:11 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 87 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/22/2017 22:36:37 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 88 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/06/2017 17:33:21 | 07/04/2017 | 07/07/2017 | PA0002070819 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | Vixen | 01/30/2018 21:51:00 | 01/29/2018 | 02/07/2018 | 16335134850 |